Case 1:24-cv-20887-CMA   Document 1-2   Entered on FLSD Docket 03/06/2024   Page 1 of 2

IN THE CIRCUIT COURT FOR THE 9TH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

PROBATE DIVISION
CASE NO.: 2023-CP-002091-O

IN RE: THE ESTATE OF

NOEL GONZALEZ TORRES,

Deceased.

_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, Noel Gonzalez Torres, a resident of Orange County, Florida, died on October 24, 2022, owning assets in the State of Florida, and

WHEREAS, EVELYN GONZALEZ, has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to the issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare EVELYN GONZALEZ, to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of Noel Gonzalez Torres, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of

the decedent as far as the assets will permit and the law directs; and to make distribution of the estate according to the law.

These Letters of Administration expire one year from the date of issue.

ORDERED in Orange County, Florida on the date of electronic signature.

eSigned by Leticia Marques  07/24/2023 16:01:02 68PrhXjG

LETICIA MARQUES, Judge

The foregoing was filed with the Clerk of Court by using the Florida Courts E-filing Portal System. Accordingly, a copy of the foregoing is being serviced on this day to all attorneys/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System. If there are parties not receiving service through the Florida Courts efiling Portal, counsel will serve a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

Electronic Service List
Lori Ann Pieper <lori@millerjohnsonlawgroup.com>, <lorijackson83@gmail.com>