IN THE CIRCUIT COURT FOR THE 9TH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

PROBATE DIVISION
CASE NO.: 2023-CP-002091-O

IN RE: THE ESTATE OF

    NOEL GONZALEZ TORRES,

Deceased.
_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

On the petition of EVELYN GONZALEZ, for administration of the estate of NOEL GONZALEZ TORRES, deceased, the court finding that the decedent died on October 24, 2022, and that EVELYN GONZALEZ is entitled to appointment as personal representative by reason that she is decedent's surviving spouse, and is qualified to be personal representative pursuant to Florida Statutes, it is

ORDERED and ADJUDGED that EVELYN GONZALEZ is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, letters of administration shall be issued.

ORDERED in Orange County, Florida on the date of electronic signature.

07/24/2023 15:59:34
2023-CP-002091-O

eSigned by Leticia Marques 07/24/2023 15:59:34 cnDHo7cP

LETICIA MARQUES, Judge

The foregoing was filed with the Clerk of Court by using the Florida Courts E-filing Portal System. Accordingly, a copy of the foregoing is being serviced on this day to all attorneys/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System. If there are parties not receiving service through the Florida Courts efiling Portal, counsel will serve

a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

Electronic Service List

Lori Ann Pieper <lori@millerjohnsonlawgroup.com>, <lorijackson83@gmail.com>